**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6551

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM HASKINS, a/k/a Julio, a/k/a K.C.,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:95-cr-00072-7)

Submitted: June 21, 2012      Decided: June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William Haskins, Appellant Pro Se. Gary L. Call, John Lanier File, Steven Loew, Charles T. Miller, John J. Frail, Assistant United States Attorneys, Charleston, West Virginia; John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia; Miller A. Bushong, III, OFFICE OF THE UNITED STATES ATTORNEY, Beckley, West Virginia; Michael Lee Keller, Thomas Charles Ryan, Michael Harvard Spencer, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Haskins pled guilty to three counts of distributing crack and one count of aiding and abetting the distribution of crack and was sentenced to 420 months of imprisonment. His sentence was affirmed on appeal. United States v. Haskins, No. 96-4154, 1998 WL 393990 (4th Cir. 1998). Haskins recently filed a second notice of appeal from his criminal judgment, which was entered in 1996. To the extent that Haskins seeks to appeal this judgment a second time, we dismiss the appeal as duplicative and untimely. To the extent that Haskins seeks to appeal the district court's expected ruling on his recent letter to the court, construed by the court as a motion under 18 U.S.C. § 3582(c)(2) (2006), we dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2